UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 07-22133-CIV-SEITZ/O'SULLIVAN

ARMANDO BERMUDEZ,

    Plaintiff,
v.

PROFESSIONAL PROTECTION &
INVESTIGATIONS AGENCY, INC.,
    Defendant.
_____/

## ORDER

THIS MATTER comes before the Court following notice that the parties have reached a settlement. It is

ORDERED AND ADJUDGED that a fairness hearing pursuant to <u>Lynn Food Stores v. United States</u>, 679 F.2d 1350 (11th Cir. 1982) is set before the undersigned on **Wednesday, January 28, 2009**, at **11:00 a.m.,** at the C. Clyde Atkins United States Courthouse, 301 North Miami Avenue, 5th Floor, Miami, Florida 33128. **The parties shall be prepared to discuss the terms of the settlement agreement and the reasonableness of plaintiff's counsel's fees.** Request for continuance of this cause shall not be considered unless addressed to this Court in the form of a written motion.

DONE AND ORDERED, in Chambers, at Miami, Florida, this **20th** day of January, 2009.

_____
JOHN J. O'SULLIVAN
UNITED STATES MAGISTRATE JUDGE

Copies furnished to:
United States District Judge Seitz
All Counsel of Record